UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

HARI BIDASARIA,

       Plaintiff,                        Case No. 10-15079
                                              Honorable Thomas L. Ludington

v.

CENTRAL MICHIGAN
UNIVERSITY,

       Defendant.
_____/

## JUDGMENT

In accordance with the Opinion and Order entered on this date,

It is **ORDERED AND ADJUDGED** that Plaintiff is to remit $5,000 to Gary Fealk, counsel for CMU.

Dated: September 11, 2013                      s/Thomas L. Ludington
                                                                                                                 THOMAS L. LUDINGTON
                                                                                                                                 United States District Judge

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 11, 2013.

                            s/Tracy A. Jacobs
                            TRACY A. JACOBS